DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHANIE CORREA,**
Appellant,

v.

**PATRICIA HONEY** and **EAST COAST BOBCAT SERVICES, INC.** d/b/a
**EAST COAST MAINTENANCE AND MANAGEMENT,**
Appellees.

No. 4D22-35

[December 15, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE17-013038.

Stephanie, Correa, Deerfield Beach, pro se.

Eric J. Israel and David B. Israel of Israel, Israel & Associates, P.A., Davie, for appellee East Coast Bobcat Services, Inc. d/b/a East Coast Maintenance and Management.

No appearance for appellee Patricia Honey.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***